# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Isaac Estrada-Frost<br>DEFENDANT(S). | CASE NUMBER<br>2:25-mj-07796-DUTY<br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>December 23</u>, <u>2025</u>, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Maria A. Audero</u>, in Courtroom <u>880</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>12/17/2025</u>

_____
Honorable Maria A. Audero, U.S. Magistrate Judge